UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ADAM LOWE, )<br>    Plaintiff )<br> )<br>v. )<br> )<br>NATIONAL BOARD FOR RESPIRATORY )<br>CARE, INC. AND APPLIED MEASUREMENT )<br>PROFESSIONALS, INC., )<br>    Defendant ) | Civil Action<br>Docket No. 1:12-cv-00345-DBH |

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCUEDRE 41(a)(1)(ii)

NOW COME the parties to this action, through the undersigned attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby dismiss this action and all claims, including claims for attorneys' fees, that were or could have been asserted therein, with prejudice and without costs.

Dated:  September 25, 2013

/s/ Kristin L. Aiello
Kristin L. Aiello

/s/ Peter M. Rice
Peter M. Rice
DISABILITY RIGHTS CENTER
24 Stone Street, Suite 204
Augusta, ME  04338-2007
(207) 626 2774
kaiello@drcme.org
pmrice@drcme.org

/s/ Jeffrey Neil Young
Jeffrey Neil Young

MCTEAGUE, HIGBEE, CASE, COHEN,
WHITNEY & TOKER, P.A.
Four Union Park
P. O. Box 5000
Topsham, ME  04086
(207) 725 5581
jyoung@me-law.com

*Counsel for Plaintiff Adam Lowe*

{W3888997.1}

/s/ James R. Erwin
James R. Erwin

/s/ Michelle Y. Bush
Michelle Y. Bush

Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
207-791-1100
jerwin@pierceatwood.com
mbush@pierceatwood.com

/s/ Brian N. Woolley
Brian N. Woolley

Lathrop & Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108
816-292-2000
bwoolley@lathropgage.com

*Counsel for Defendants
National Board for Respiratory Care, Inc.
and Applied Measurement Professionals,
Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2013, I served Stipulation of Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) with the Clerk of Court using the CM/ECF System, which will send notification of such filing(s) to the following:

Kristin Aiello, Esquire
Peter M. Rice, Esquire
Disability Rights Center
24 Stone Street, Suite 204
Augusta, ME 04338-2007
207-626-2774
kaiello@drcme.org
pmrice@drcme.org

Jeffrey Neil Young, Esquire
McTeague, Higbee, Case, Cohen
  Whitney & Toker, P.A.
Four Union Park
P.O. Box 5000
Topsham, ME 04086
207-725-5581
jyoung@me-law.com

Dated: September 25, 2013         /s/ Michelle Y. Bush
                                                 Michelle Y. Bush

                                                 Pierce Atwood LLP
                                                 Merrill's Wharf
                                                 254 Commercial Street
                                                 Portland, ME  04101
                                                 207-791-1100
                                                 mbush@pierceatwood.com

                                                 *Counsel for Defendants*
                                                 *National Board for Respiratory Care, Inc.*
                                                 *and Applied Measurement Professionals,*
                                                 *Inc.*

{W3888997.1}